**No. 39951.**—Protests 363396–G, etc., of Hinrichs & Pearsall et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 39952.**—Protests 511315–G, etc., of Alfred Dunhill of London, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of calendars, trays, bookends, bowls, match stands, candlesticks, match holders, boxes, atomizers, inkstands, paper weights, tea stands, tooth brush holders, jars, and bottles chiefly used on the table or in the household for utilitarian purposes and flasks which are hollow ware. The claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 38549 cited.

**No. 39953.**—Protests 511949–G, etc., of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, flacons, atomizers, bowls, and bottles chiefly used in the household for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373).

**No. 39954.**—Protests 582279–G, etc., of Heinrich Herrmann & Weiss (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bottle openers, corkscrews, drinking barrels, bottles, calendars, paper weights, bookends, and trays chiefly used in the kitchen or in the household for utilitarian purposes, and flasks which are hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 38549 cited.